IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IRA GREEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-782C |
| | ) | (Sr. Judge Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Dawn E. Goodman, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Dawn E. Goodman
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Dawn E. Goodman
Dawn E. Goodman
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 616-1067
FAX: (202) 514-8624
E-mail: Dawn.Goodman@usdoj.gov

Dated: November 30, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 30th day of November, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn E. Goodman