# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IRA GREEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-782C |
| | ) | |
| v. | ) | (Senior Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including March 7, 2008, within which to file a response to the complaint. The response to the complaint is currently due January 7, 2008. This is our first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff Ira Green, Inc. ("Ira Green") has no objection to this motion.

Ira Green alleges that the Navy Exchange Commission ("NEXCOM") breached its contract and violated the Competition in Contracting Act, 10 U.S.C. § 2304(a). Ira Green seeks monetary, declaratory and injunctive relief.

The enlargement is requested because defendant's counsel of record has not yet received a litigation report from NEXCOM as required pursuant to 28 U.S.C. § 520(b). Agency counsel for NEXCOM is working diligently to complete the report, but, especially in light of the upcoming holiday season, requires additional time to complete investigation of several issues. Once the litigation report is received, defendant's counsel of record shall require additional time to coordinate the preparation of a response with agency counsel and to receive internal review of the response. Additionally, counsel of record will be out of the office for trial advocacy training

at the National Advocacy Center from January 28, 2008, through February 8, 2008.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 60 days, to and including March 7, 2008, within which to file a response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

December 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of December, 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN