# In the United States Court of Federal Claims

* * * * * * *

IRA GREEN, INC., *

*

Plaintiff, * No. 07-782C

v. * Filed: January 7, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's request for an enlargement of time to March 7 to file its Answer is GRANTED. Defendant does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge