INDEX TO APPENDIX

| Document | Page |
| --- | --- |
| Ira Green/ Nexcom Agreement On Northeast Uniform Centers, dated April 4, 2005 | 1 |
| Declaration Of Tom Burk | 4 |
| Declaration Of Terry Nichols | 5 |
| OPNAV Instruction 5450-331 | 6 |

4 April 2005

**Ira Green / Nexcom Agreement on Northeast Uniform Centers**

1. Effective in the April/May 2005 time frame Ira Green will begin assuming responsibility for providing and servicing insignia, embroidery and related accessories to six Uniform Centers in the Northeast. These stores include Newport, New London, Brunswick, Kittery, Scotia and Saratoga Springs. Nexcom's intention is to have Ira Green continue to supply product and vendor service to these locations under the terms of this agreement until the effective date of awards for Uniform Centers worldwide on these commodities. Award will likely be made to multiple resources on a "best value" basis. It is assumed that vendor responsibility for providing and servicing product will be regional in nature and include all commodity groups. It is anticipated that the effective date of any vendor changes based on these awards will be Spring 2006.

2. Cost prices, terms and freight considerations will be as indicated on the Open Purchase Orders (OPOs) which Nexcom Code MU will provide to Ira Green shortly in advance of the Northeast implementation. These cost, terms and freight considerations will not be adjusted during this agreement. Nexcom will, however, consider price adjustments on items containing gold or rhodium if there are radical increases in the cost of those metals. The increase must be at least 25% since the effective date of this agreement. The proposed cost increase of each item must only be up to the extent that the higher metal cost adds to the cost of the finished item. Ira Green must request the change and must provide substantiation of the increased cost of the metal.

3. Nexcom will supply individual OPOs by commodity by store. These OPOs will remain in effect during the course of the agreement.

4. Product which Ira Green provides that is subject to certification by the Navy Clothing and Textile Research Facility will meet the certification specifications.

5. Items provided will mimic those that have been provided by Vanguard in these locations over the past one year plus. There may be items that by mutual agreement will continue to be provided to the Northeast NEXs from Vanguard on a special order basis. These would be selected, low usage items for which supplying product to the patron in a timely manner is critical.

6. Ira Green will not assume responsibility for any Vanguard merchandise currently in the six stores. All Vanguard merchandise will be pulled from sale and transferred to other NEXs and the SEDC. Vanguard and store personnel will be responsible for the handling of the Vanguard merchandise.

7. For each location, Ira Green will ship in fresh merchandise just prior to the transition date. They will work in tandem with store personnel in preparing merchandise for stocking and in the actual stocking of merchandise. (The agreed upon stipulations on vendor servicing on an ongoing basis are found elsewhere in this agreement.)

8. Ira Green packaging width and length will be virtually identical to Vanguard's packaging on an item to item basis. Since the Ira Green package sizes and assortments for each store will basically mirror Vanguard's, the placement of each SKU on the sales floor will be virtually the same as placement of the comparable Vanguard SKU.

9. Store size assigned to each store along with service frequency and total hours of vendor service provided each month are indicated below.
-Newport is a class A store with weekly service and 32 to 40 hours per month of service.
-New London is a B store with weekly service and 16 to 20 hours per month of service.
-Brunswick is a C store with service every two weeks and 8 to 15 hours per month of service.
-Kittery, Saratoga Springs and Scotia are all E stores with service every four weeks and up to five hours of service per month.

10. Specific Ira Green responsibilities during each store visit include:
-*Maintain neat stock room (A - C stores),

-Label all items with UPCs (All store sizes),

-**Assist store associates in stocking sales floor (A - C),

-***Count and order merchandise (All),

-Assist patrons, limited to insignia (All),

-Keep uniform manager/supervisor apprised of problems (All),

-Provide store associates with info on new items/changes (All) and

-Assist with defective merchandise returns (All).

* Ira Green will not be required to reset stock rooms or label shelves, but they will place back stock in the proper location. In addition, they may be asked to assist with floor shelf labels during scheduled insignia resets.

** Store personnel will be responsible for day to day maintenance of the sales floor at in stores of all size levels.

*** Stores will be responsible for initiating emergency orders between scheduled visits by contacting the Ira Green store representative. In stores that are serviced on a less than weekly frequency, the Ira Green store representative will check with store management via telephone at least once in between scheduled visits to help take care of unexpected merchandise needs.

11. Ira Green store representatives will visit stores based on the agreed upon call frequency and place orders as necessary during each visit. Turn around time from placement of order to receipt of goods on OPO orders will vary from two to five working days, depending on store location.

12. Ira Green will maintain a fully staffed Customer Service Dept. that will take care of Navy Exchange special orders. Special orders will be made for items that a customer has need of that are included on the NEX's OPOs but not routinely carried in that store. Customers often require these items on short notice. Store personnel will utilize the toll free number and/or fax. Each account will be provided with Special Order forms that can be filled out and phoned or faxed to Customer Service.

13. Ira Green agrees to take back for full credit any merchandise which is found to be defective or that does not meet NCTRF certification specifications. Product which is abused by customers is not Ira Green's responsibility.

14. If a particular store becomes overstocked on items that are part of the store's current stock assortment, Ira Green will either provide guidance as to which other Ira Green supported Uniform Centers the merchandise can be transferred to without causing overstocks at the receiving location, OR they will take the merchandise back for full credit. In the event of a dispute between store management and Ira Green, the Nexcom Commercial Accessories Buyer will intervene and make a determination.

15. Ira Green will strive to maintain all six locations at a 96% or higher in stock level at all times for items included in each store's current assortment. Nexcom will run periodic in stock reports using system on hand information.

16. Ira Green will strive to achieve a stock turn of at least 3.5 turns per year at New London, 3.0 turns at Newport, 2.5 turns in C stores and 1.5 stock turns in E stores.

17. On a monthly basis, Nexcom will provide Ira Green with system on hand information for all Ira Green insignia in each of the six stores. Nexcom will provide scanned sales data on these items and stores on an "as requested" basis.

Michael McAllister
President
Ira Green, Inc.

Date: 05APR05

Mark O. Winge
Divisional Merch. Mgr., Uniforms
Nexcom

Date: 7 April 2005

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IRA GREEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-782C |
| | ) | |
| v. | ) | (Senior Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF TOM BURKE

I, Tom Burke, swear and declare under penalty of perjury as follows:

1. I make the following representations based upon my personal knowledge as Vice President / Controller of the Navy Exchange Service Command ("NEXCOM"), a position which qualifies me to speak on behalf of NEXCOM.

2. I have held the position of Vice President / Controller since July 2007, and have worked in NEXCOM's Finance department for almost 25 years. As such, I am familiar with all types of invoices that NEXCOM pays, and am particularly familiar with nonappropriated fund accounting.

3. NEXCOM pays for Department E-1 uniform insignia items with nonappropriated funds.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate. Executed on February 28, 2008.

Tom Burke

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IRA GREEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-782C |
| | ) | |
| v. | ) | (Senior Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF TERRY NICHOLS

I, Terry Nichols, swear and declare under penalty of perjury as follows:

1. I make the following representations based upon my personal knowledge as Divisional Merchandise Manager for Uniforms at the Navy Exchange Service Command ("NEXCOM"), a position which qualifies me to speak on behalf of NEXCOM relative to issues under my management.

2. I have held the position of Divisional Merchandise Manager for Uniforms since August 2005. As such, I am familiar with the purchase process for all merchandise mentioned in the April 4, 2005 Agreement upon which Ira Green, Inc.'s lawsuit is based, and NEXCOM's Department E-1.

3. NEXCOM's Department E-1 designation is for commercial uniform accessories, insignia, and shoes.

4. All merchandise mentioned in the April 4, 2005 Agreement upon which Ira Green, Inc.'s lawsuit is based, whether purchased from Ira Green, Inc. or any other supplier, comes within the E-1 department code.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate. Executed on March 3, 2008.

Terry Nichols

DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON, D.C. 20350-2000

IN REPLY REFER TO
OPNAVINST 5450.331
N413
14 May 98

OPNAV INSTRUCTION 5450.331

From: Chief of Naval Operations
To: All Ships and Stations (less Marine Corps field addressees not having Navy personnel attached)

Subj: RESPONSIBILITY AND AUTHORITY FOR NAVY EXCHANGE OPERATIONS

Ref: (a) OPNAVNOTE 5450 Ser 09B22/3U510444 of 14 Jun 93
(b) NAVCOMPT Manual, Vol. 7
(c) OPNAVINST 1700.7D
(d) OPNAVINST 1700.13A
(e) SECNAVINST 5040.3
(f) SECNAVINST 7548.1
(g) NEXCOM Pub. 145

1. Purpose. To issue responsibility for policy, overall coordination and execution of Navy Exchange (NEX) programs within the Navy.

2. Background. Events have led to an ongoing drawdown of U.S. Military Forces and a renewed focus on reducing duplication and increasing efficiencies, while providing quality products and services at a savings for the NEX customer. The NEX is an integral part of the local command structure and enhances quality of life and family support. To provide for the viability of Navy nonappropriated fund (NAF) programs and to obtain further operational efficiencies, Navy leadership has recommended organizational changes in the operation of exchanges.

3. Navy Exchange Mission. To provide our customers quality goods and services at a savings, and to support quality of life programs.

4. Responsibility and Authority

a. NEXs are established by authority of the Secretary of the Navy and operate as a departmental activity of each base. Commander, Naval Supply Systems Command (COMNAVSUPSYSCOM) is designated program manager for NEXs, Navy Lodges and Navy Uniform Program and has delegated technical management responsibility to the Navy Exchange Service Command (NEXCOM). NEXCOM is responsible for:

(1) Providing command and primary support, operational policies and procedures, and retail and services management responsibilities for the operation of NEXs to assure that sound business policies and procedures are established for system wide mission achievement.

(2) Fiscal management of NEX operations to ensure continuing effectiveness and protection of NAF assets. NEX general managers retain retail and services management control and accountability for funds, fixed assets and inventory through NEXCOM per reference (a).

(3) Developing and issuing fiscal management and control procedures necessary for protection and efficient administration of NAF resources.

(4) Establishing appropriate procedures for auditing NEX operations.

(5) Maintaining program and management oversight of NEXs through on-site reviews to ensure their continued effectiveness in meeting mission requirements and patron needs.

(6) Recruitment, development and placement of managers in NEX management level positions.

b. NEX operations will be under the military command of the installation commanding officers. The commanding officer is responsible for the achievement of the mission of the NEXs and ensuring that the services and support provided are responsive in meeting the needs of the customer. The commanding officer has the authority to operate the exchange within the parameters established by the program manager (NEXCOM). Responsibilities are:

(1) Review all performance to ensure the support and services provided are responsive and comprehensive in meeting the needs of the customer.

(2) Commanders must devote necessary attention and authorize resources to effectively manage these services and ensure the solvency and stability of the funds. Appropriated funds (APF) are to be used to the fullest extent possible as authorized by reference (b).

(3) Ensure the provisions of reference (c) are met when assigning program responsibilities to ensure the strength and viability of both NEX and Morale, Welfare and Recreation (MWR) programs.

(4) NEX general managers report to the commanding officer and are responsible for appropriate compliance with the parameters appearing in references (a) through (g). Deviations from regulations, instructions, or other formal policy guidance and statements require the written approval of NEXCOM via the chain of command.

(5) Primary performance evaluation responsibility with input from NEXCOM. All general manager positions will require a second level review by NEXCOM.

c. The MWR/NEX Board of Directors established in reference (d) shall provide guidance to NEXCOM in fulfilling these assigned responsibilities. The board will:

(1) Serve to accommodate the interests of the major claimants in regard to major policy initiatives.

(2) Review the financial projections and plans for the various program elements and evaluate their effectiveness.

(3) Ensure equitable distribution of APF resources for NEX operations and/or capitalization. Ensure adequate distributions of nonappropriated funds to support operational and capitalization needs to the NEX and MWR programs.

d. Major claimants are responsible for monitoring NEX programs under their command. A continuing review, including management and fiscal oversight, will be maintained to ensure their effectiveness to the same extent as all other elements of command responsibility. To this end, NEX operations will be included in command inspections conducted per reference (e). NEXCOM will provide trained auditors and program personnel to assist in these inspections. The chain of command is responsible for adhering to system discipline and financial performance standards within the scope of authority and responsibility as prescribed by applicable Department of Defense, Secretary of the Navy, and NEXCOM directives.

OPNAVINST 5450.331
14 MAY 1988

5. Action. NEXCOM, major claimants, and commanding officers shall effect continuing action to comply with the contents of this instruction.

W. J. HANCOCK
Deputy Chief of Naval
Operations (Logistics)

Distribution:
SNDL Parts 1 and 2