**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IRA GREEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-782C |
| | ) | |
| v. | ) | (Senior Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including May 2, 2008, within which to file a reply to plaintiff's opposition to defendant's motion to dismiss. The reply is currently due April 18, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff, Ira Green, Inc., has no objection to this motion.

The enlargement is requested because defendant's counsel requires additional time to prepare and receive internal review of the reply, and counsel of record will be out of the office for trial advocacy training at the National Advocacy Center from April 21, 2008, through April 25, 2008.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 14 days, to and including May 2, 2008, within which to file a reply to plaintiff's opposition to defendant's motion to dismiss.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

April 17, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of April, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN