# In the United States Court of Federal Claims

* * * * * * *

IRA GREEN, INC., *

*

Plaintiff, * No. 07-782C

v. * Filed: April 18, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's request for an enlargement of time up to and including May 2 to file its response is GRANTED. Plaintiff does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge