INDEX TO APPENDIX

Document | Page

Fowrard to the Department of the Navy
Financial Management Policy Manual, dated August 15, 1995 ................................RA1

THE ASSISTANT SECRETARY OF THE NAVY
(FINANCIAL MANAGEMENT AND COMPTROLLER)
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

AUG 15 1995

# FOREWORD

The former Volume 7, titled Budgeting, of the Navy Comptroller Manual series is hereby reissued in its entirety with the incorporation of a compendium of many recent policy and procedures changes. The manual has been retitled the Department of the Navy Financial Management Policy Manual. This manual will also incorporate portions of the other manuals in that series which are not currently addressed by the Department of Defense Financial Management Regulation.

Instructions herein, assembled for printing as of 11 August 1995, are issued for the information, guidance, and compliance of all persons in the Department of the Navy and are effective upon receipt unless otherwise indicated. Comments, questions and recommended changes to the DON Financial Management Policy Manual should be addressed to:

Office of the Assistant Secretary of the Navy (Financial Management and Comptroller)
Financial Management Policy and Systems Division (FMO-1)
1000 Navy Pentagon
Washington, DC 20350-1000

Recently, the offices of the Assistant Secretary of the Navy (Financial Management) and the Department of the Navy Comptroller were combined to create the Assistant Secretary of the Navy (Financial Management and Comptroller). The ASN(FM&C) has created the Office of Financial Operations (FMO) and the Office of Budget and Reports (NCB) has become the Office of Budget (FMB). Revisions to the manual to reflect the reorganization will be incorporated in the next update. A brief of revisions and a chronological list of prior changes appear on the following pages.

Deborah P. Christie

Deborah P. Christie
Assistant Secretary of the Navy
(Financial Management and Comptroller)