# In the United States Court of Federal Claims

**No. 07-782 C**

**IRA GREEN, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Order, filed May 20, 2008, granting defendant's motion to dismiss plaintiff's Complaint for failure to state a claim and for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

John S. Buckley
Acting Clerk of Court

**June 10, 2008** By: s/Lisa L. Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.